UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SYLINIA JACKSON, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

           Plaintiffs,

           v.

BLST HOLDING COMPANY LLC,

           Defendant.

------------------------------------- x

No.: 1:22-cv-4321

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), SYLINIA JACKSON, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BLST HOLDING COMPANY LLC, with prejudice and without fees and costs.

Dated: New York, New York
       August 12, 2022

                                                    **GOTTLIEB & ASSOCIATES**

                                                    _/s/Michael A. LaBollita, Esq._

                                           Michael A. LaBollita, Esq., (ML-9985)
                                                 150 East 18th Street, Suite PHR
                                                             New York, NY 10003
                                                                    Phone: (212) 228-9795
                                                                        Fax: (212) 982-6284
                                                                   Michael@Gottlieb.legal

                                                                     _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge
Hon. Ronnie Abrams
8/15/22